# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 25-1454 FMO (BFMx) | Date | February 28, 2025 |
|---|---|---|---|
| Title | Albert Gregory Pinto v. Maha Visconti | | |

**JS-6**

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorney Present for Plaintiff(s): | | Attorney Present for Defendant(s): |
| None Present | | None Present |

**Proceedings:**      (In Chambers) Order Re: Remanding Action

For the reasons set forth in the court's order remanding this action in <u>Pinto v. Visconti</u>, CV 23-6078 DMG (KKx) (Court's Order of October 12, 2023), this action is remanded to the Los Angeles County Superior Court. Any pending motion is denied as moot. The Clerk shall send a certified copy of this Order to the state court.

00 : 00

Initials of Preparer       vdr