**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALBERT GREGORY PINTO,<br><br>PLAINTIFF(S)<br>v.<br>MAHA VISCONTI, et al.,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 25-1454 FMO (BFMx)<br><br>**ORDER STRIKING FILED DOCUMENTS FROM THE RECORD** |

WHEREAS, the documents listed below are deficient for the following reason(s):
Case was closed and remanded to LASC.

IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| Document Entitled | Filed |
|---|---|
| Crossclaim [22] | February 28, 2025 |
| Affidavit [23] | February 28, 2025 |

IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

March 4, 2025
Date

/s/ Fernando M. Olguin
United States District Judge